**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Austin _____ First name James _____ Middle name Paulhus _____ Last name and Suffix (Sr., Jr., II, III) | _____ First name _____ Middle name _____ Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | Austin J. Paulhus Austin Paulhus | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6419 | |

Debtor 1    **Austin James Paulhus**               Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5. Where you live**

**6575 Crown Point Vista**
**Granite Bay, CA 95746**
Number, Street, City, State & ZIP Code

**Placer**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1  __Austin James Paulhus__                     Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

■ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1  __Austin James Paulhus_____        Case number *(if known)* _____

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

�■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?          _____

If immediate attention is needed, why is it needed?     _____

Where is the property?        _____
                              Number, Street, City, State & Zip Code

Debtor 1 **Austin James Paulhus**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Austin James Paulhus**                          Case number *(if known)* _____

**16.**  What kind of debts do you have?

**16a.**  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.**  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.**  State the type of debts you owe that are not consumer debts or business debts

_____

**17.**  Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.**  How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.**  How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.**  How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
**Austin James Paulhus**               Signature of Debtor 2
Signature of Debtor 1

Executed on  **September 26, 2024**        Executed on  _____
             MM / DD / YYYY                            MM / DD / YYYY

Debtor 1　**Austin James Paulhus**　　　　　　　　　　　　　　Case number *(if known)*　_____

---

| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date　**September 26, 2024**

_____　　　　　　　　　　　MM / DD / YYYY
Signature of Attorney for Debtor

**Mark A. Wolff 175570**
Printed name

**Wolff & Wolff**
Firm name

**8861 Williamson Drive, Suite 30**
**Elk Grove, CA 95624**
Number, Street, City, State & ZIP Code

Contact phone　**916 714-5050**　　　　　　　Email address　**attorneys@wolffandwolff.com**

**175570 CA**
Bar number & State

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of California

In re   **Austin James Paulhus**       Case No. _____

               Debtor(s)          Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 8,000.00 |
| Prior to the filing of this statement I have received | $ | 8,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 30, 2024** _____
*Date*

                     **Mark A. Wolff 175570**
                     *Signature of Attorney*
                     **Wolff & Wolff**
                     **8861 Williamson Drive, Suite 30**
                     **Elk Grove, CA 95624**
                     **916 714-5050  Fax: 916-714-5054**
                     **attorneys@wolffandwolff.com**
                     *Name of law firm*

Certificate Number: 15725-CAE-CC-038884774



15725-CAE-CC-038884774

# C~ERTIFICATE~ O~F~ C~OUNSELING~

I CERTIFY that on <u>September 19, 2024</u>, at <u>5:16</u> o'clock <u>PM EDT</u>, <u>Austin Paulhus</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>September 19, 2024</u>        By:    <u>/s/Ambar Vasquez</u>

                                                   Name:  <u>Ambar Vasquez</u>

                                                   Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Austin James Paulhus** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................... $   1,141,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B.......................................... $   116,386.00

   1c. Copy line 63, Total of all property on Schedule A/B................................................... $   1,257,386.00

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*   $   4,886,962.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. $   7,031.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $   7,909,288.00

   **Your total liabilities**   $   12,803,281.00

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.......................................................................... $   0.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.................................................................................. $   15,324.59

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1   **Austin James Paulhus** _____     Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

    **Total claim**

    **From Part 4 on *Schedule E/F*, copy the following:**

    9a. Domestic support obligations (Copy line 6a.)                                                    $ _____

    9b. Taxes and certain other debts you owe the government. (Copy line 6b.)                           $ _____

    9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)                $ _____

    9d. Student loans. (Copy line 6f.)                                                                  $ _____

    9e. Obligations arising out of a separation agreement or divorce that you did not report as
        priority claims. (Copy line 6g.)                                                                $ _____

    9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)            +$ _____

    9g. **Total.** Add lines 9a through 9f.                                                              $ _____

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Austin James Paulhus |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1

**Residence**
**6575 Crown Point Vista**
Street address, if available, or other description

**Granite Bay**    **CA**    **95746-0000**
City          State      ZIP Code

**Placer**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $785,000.00 | $392,500.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property
(see instructions)

Debtor 1    **Austin James Paulhus**

Case number *(if known)* _____

1.2 **If you own or have more than one, list here:**

**730 Wilson Blvd**

Street address, if available, or other description

| | |
|---|---|
| **El Dorado Hills** | **CA** | **95762-0000** |
| City | State | ZIP Code |

**El Dorado**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**purchased for $500,000.00 - 7 acres**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $750,000.00 | $375,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

---

1.3 **If you own or have more than one, list here:**

**117 Johnson Court**

Street address, if available, or other description

| | |
|---|---|
| **Folsom** | **CA** | **95630-0000** |
| City | State | ZIP Code |

**Sacramento**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $747,000.00 | $373,500.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>

| $1,141,000.00 |
|---|

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Austin James Paulhus**        Case number *(if known)* _____

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **GMC** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | | |
|---|---|---|
| Model: | **Sierra 2500 HD** | ☐ Debtor 1 only |
| Year: | **2024** | ☐ Debtor 2 only |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only |
| Other information: | | ☐ At least one of the debtors and another |

|  |
|---|
| VIN ...5669 |

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $76,667.00 | $76,667.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>

| |
|---|
| $76,667.00 |

---

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| See attached list | $18,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| See attached list | $3,900.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| Artwork and wall hangings | $1,450.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

Debtor 1    **Austin James Paulhus**    Case number *(if known)* _____

| | |
|---|---|
| Golf and hunting equipment | $950.00 |

**10. Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| 1 shotgun | $1,000.00 |

**11. Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| Clothing | $3,050.00 |

**12. Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| Jewelry - rings, watches, costume jewelry | $1,300.00 |

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| 1 Dog | $200.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ■ No
  ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................    | $29,850.00 |

| **Part 4:** | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
  *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
  ☐ No
  ■ Yes...................................................................................................

Cash on hand    $8,000.00

**17. Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
  ☐ No
  ■ Yes.......................

Institution name:

Debtor 1   **Austin James Paulhus**                                    Case number *(if known)* _____

|  |  | Cash in bank<br>Wells Fargo Bank Checking and Savings - ...<br>0343, 0933 $1,339; $5.00<br>Wealth Front Savings ... 0766 $510.00 |  |
|---|---|---|---|
| 17.1. | Checking and savings |  | $1,854.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes................                    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: |  |  |
|---|---|---|---|
| Anchored Tiny HOmes LLC | 33% | % | $0.00 |
| Anchored Tiny Homes Franchising LLC | 33% | % | $1.00 |
| Anchored Tiny Homes IP LLC |  | % | $0.00 |
| Anchored Construction LLC | 33% | % | $1.00 |
| Anchored Plumbing LLC | 33% | % | $1.00 |
| Hello Builder LLC | 33% | % | $1.00 |
| Anchored Construction Group Inc | 33% | % | $1.00 |
| Anchored Solar LLC | 33 | % | $1.00 |
| Anchored Energy Inc (Dissolved) | 33% | % | $1.00 |
| Anchored Buildings (Terminated/Dissolution filed) | 33% | % | $1.00 |
| Anchored Rentals LLC (Terminated/ cancellation filed) | 33% | % | $1.00 |
| Anchored Dealer Services LLC (Terminated/cancellation filed) | 33% | % | $1.00 |
| More Fitt Incorporated (Forfeited - FTB) | 33% | % | $1.00 |
| Athletes Entourage (Merged with More Fitt Inc 11/16) | 33% | % | $1.00 |

Debtor 1    **Austin James Paulhus**          Case number *(if known)* _____

| | | |
|---|---|---|
| Anchored ADU's - Dissolved | 33% % | $1.00 |
| Anchored Tiny Homes Incorporated | 33% % | $1.00 |
| Paulhus Group Incorporated | 33% % | $1.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes. Give specific information about them
          Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☑ Yes. List each account separately.
          Type of account:           Institution name:

       **IRA**           **IRS with approximately $7,000.00**
                     **Not property of the bankruptcy estate per**
                     **Patterson v Shumate.**           $0.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☑ No
    ☐ Yes. .....................           Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                      Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1   **Austin James Paulhus**                          Case number *(if known)* _____

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Group term life insurance - no cash value - $300,000.00 - no cash value - Debtor will not be retaining policy** | | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
- ■ No
- ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
- ■ No
- ☐ Yes.  Give specific information..

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
     for Part 4. Write that number here........................................................................................................

| |
|---|
| **$9,869.00** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

Debtor 1   **Austin James Paulhus**                                    Case number *(if known)* _____

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................     | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ...................................................................................     **$1,141,000.00**

56. **Part 2: Total vehicles, line 5**                                              **$76,667.00**
57. **Part 3: Total personal and household items, line 15**                         **$29,850.00**
58. **Part 4: Total financial assets, line 36**                                     **$9,869.00**
59. **Part 5: Total business-related property, line 45**                            **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**                   **$0.00**
61. **Part 7: Total other property not listed, line 54**                    +       **$0.00**

62. **Total personal property. Add lines 56 through 61**...       **$116,386.00**     Copy personal property total       **$116,386.00**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                        | **$1,257,386.00** |

## PART 4. HOUSEHOLD GOODS LIST ATTACHMENT TO PETITION SCHEDULE B

Please list all the items that you have in and around your home AND the total value of items. (Use the amount you would get if you sold the item at a garage sale, pawn shop, or through the newspaper). Give name of creditor/lienholder who has a security interest (Item could be repossessed for nonpayment of balance owed). If you are unsure, list lienholder's name.

### 6. HOUSEHOLD GOODS AND FURNISHINGS

| | Qty | Total Value | Lienholder | | Qty | Total Value | Lienholder |
|---|---|---|---|---|---|---|---|
| Cribs *diapers/etc clothes/crib* | ( i ) | $ ~~650~~ 400 | | Sofas | ( ) | $ 1500 | |
| Twin | (X) | $ | | Love seats | ( ) | $ | |
| Double | (X) | $ | | Armchairs | ( ) | $ | |
| Queen | ( 1 ) | $ 400 | | Rockers | ( ) | $ | |
| King | ( ) | $ 300 | | Recliners | ( ) | $ | |
| Other *Tea bar* | ( ) | $ 300 | | Other chairs | ( ) | $ | |
| Dressers | (X) | $ | | Coffee tables | ( ) | $ 100 | |
| Night stand | ( ) | $ 100 | | Corner tables | ( 2 ) | $ 50 | |
| Lamps | ( ) | $ 100 | | End tables | (X) | $ | |
| Bedding | ( ) | $ 100 | | Other tables | ( 2 ) | $ 100 | |
| Towels, linens, etc. | (15) | $ 300 | | Lamps | (X) | $ | |
| | ( ) | $ | | Desks | (X) | $ | |
| Tables | ( 1 ) | $ 2,000 | | Chairs | (X) | $ | |
| Chairs | ( 2 ) | $ 200 | | Tables | (X) | $ | |
| Bar stools | ( 3 ) | $ 200 | | Books | ( ) | $ ~~300~~ 650 | |
| Stove | ( 1 ) | $ 850 | | Filing cabinet | ( ) | $ 25 | |
| Dishwasher | ( 1 ) | $ 250 | | Card table/chairs | (X) | $ | |
| Refrigerator | ( 1 ) | $ 850 | | ~~Bookcases~~ *Shelf* | ( ) | $ 400 | |
| Microwave | ( 1 ) | $ 100 | | Tables/benches | (X) | $ | |
| Freezer | (X) | $ | | Chairs | ( ) | $ | |
| Sm. Appliances | ( 4 ) | $ 200 | | Spa/whirlpool | (X) | $ | |
| Tableware | ( ) | $ 500 | | Lawnmower | ( ) | $ 200 | |
| Pots & pans | ( 5 ) | $ 300 | | Hand tools | ( ) | $ 500 | |
| Food | ( ) | $ 700 | | Garden tools | ( ) | $ 300 | |
| Washer | ( ) | $ 200 | | Power tools | ( ) | $ 1500 | |
| Dryer | ( ) | $ 200 | | Vacuum | ( ) | $ 75 | |
| Fire pit | ( 1 ) | $ 125 | | *Rug* | ( ) | $ 120 | |
| *lawn chair* | ( 2 ) | $ 100 | | *pots Plants* | ( ) | $ 400 | |
| *Kitchen ware* | ( ) | $ 400 | | *Bike* | ( ) | $ 100 | |
| *Books glass, organizer* | ( ) | $ 230 | | | ( ) | $ | |

*not lienholder* ☑ *miscelaneous*

### 7. ELECTRONICS

| | Qty | Total Value | Lienholder | | Qty | Total Value | Lienholder |
|---|---|---|---|---|---|---|---|
| TV | ( ) | $ 100 | | Entertainment center | ( 1 ) | $ 75 | *Bed frame* |
| Computer | ( 2 ) | $ 650 | | Media Player | (—) | $ 1000 | *mirrors* |
| Monitor | ( 1 ) | $ 75 | | Camera | (—) | $ 300 | *trash* |
| Tablet | ( 1 ) | $ 100 | | VCR, DVR | (—) | $ 25 | *Airfryer* |
| Printer/Scanner | ( 1 ) | $ 50 | | Drones | (—) | $ 30 | *og stuff* |
| Cellphone | ( 1 ) | $ 650 | *on loan* | | (—) | $ 300 | *ice chest* |
| Telephone | (—) | $ | | | ( ) | $ 100 | *umbrellas* |
| Fax machine | (—) | $ | | | ( ) | $ 160 | *lights* |
| Gaming Equip. | (—) | $ | | | ( ) | $ 80 | *mats & rug* |
| Stereo receiver | (—) | $ | | | ( ) | $ 60 | *ice trays* |
| Speakers | | $ 50 ☑ | | | | ~~80~~ 80 40 | *pog pool* |

21,275
730
890
910

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Austin James Paulhus** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Residence 6575 Crown Point Vista Granite Bay, CA 95746  Placer County**<br>Line from *Schedule A/B*: **1.1** | $392,500.00 | ■ $20,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(1) |
| **See attached list**<br>Line from *Schedule A/B*: **6.1** | $18,000.00 | ■ $18,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **See attached list**<br>Line from *Schedule A/B*: **7.1** | $3,900.00 | ■ $3,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Artwork and wall hangings**<br>Line from *Schedule A/B*: **8.1** | $1,450.00 | ■ $1,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Golf and hunting equipment**<br>Line from *Schedule A/B*: **9.1** | $950.00 | ■ $950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

Debtor 1    **Austin James Paulhus**          Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1 shotgun**<br>Line from *Schedule A/B*: **10.1** | $1,000.00 | ■     $1,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $3,050.00 | ■     $3,050.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Jewelry - rings, watches, costume jewelry**<br>Line from *Schedule A/B*: **12.1** | $1,300.00 | ■     $1,300.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| **1 Dog**<br>Line from *Schedule A/B*: **13.1** | $200.00 | ■     $200.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Cash on hand**<br>Line from *Schedule A/B*: **16.1** | $8,000.00 | ■     $8,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Checking and savings: Cash in bank Wells Fargo Bank Checking and Savings - ... 0343, 0933 $1,339;  $5.00 Wealth Front Savings ... 0766 $510.00**<br>Line from *Schedule A/B*: **17.1** | $1,854.00 | ■     $2,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **IRA: IRS with approximately $7,000.00**<br>**Not property of the bankruptcy estate per Patterson v Shumate.**<br>Line from *Schedule A/B*: **21.1** | $0.00 | ■     $10,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| **Group term life insurance - no cash value - $300,000.00 - no cash value - Debtor will not be retaining policy**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■     $300,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(7) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐   No

        ☐   Yes

**Fill in this information to identify your case:**

Debtor 1        **Austin James Paulhus**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number
(if known)      _____

☐ Check if this is an
   amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | Column A | Column B | Column C |
|---|---|---|---|---|
|  | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
|  | | Do not deduct the value of collateral. | | If any |

| 2.1 | **Freedom Mortgage** | | $673,000.00 | $747,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> 117 Johnson Court Folsom, CA
> 95630  Sacramento County

**P O Box 50428
Indianapolis, IN
46205-0401**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1  **Austin James Paulhus**

    First Name      Middle Name      Last Name

Case number (if known) _____

| | 2.2 | **GM Financial** | Describe the property that secures the claim: | $87,962.00 | $76,667.00 | $11,295.00 |

Creditor's Name

Describe the property that secures the claim:

> 2024 GMC Sierra 2500 HD
> VIN ...5669

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

P O Box 78143
Phoenix, AZ 85062-8143

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **Anchored Tiny Homes**          Last 4 digits of account number  5669

---

| 2.3 | **Mr. Cooper** | Describe the property that secures the claim: | $726,000.00 | $785,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

> Residence 6575 Crown Point Vista
> Granite Bay, CA 95746  Placer
> County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

8950 Cypress Waters Blvd
Coppell, TX 75019

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred          Last 4 digits of account number  9140

---

| 2.4 | **The Girvin Revocable Trust** | Describe the property that secures the claim: | $400,000.00 | $750,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

> 730 Wilson Blvd El Dorado Hills, CA
> 95762  El Dorado County
> purchased for $500,000.00 - 7 acres

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Patricia K. Girvin
9556 Sun Poppy Way
El Dorado Hills, CA 95762

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred          Last 4 digits of account number  _____

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor 1  **Austin James Paulhus**

First Name ___ Middle Name ___ Last Name ___

Case number (if known) _____

| 2.5 | **U.S. Small Business Administration** | | | | |

Creditor's Name

**Attn: District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $1,500,000.00    $785,000.00    $1,441,000.00

| Residence 6575 Crown Point Vista Granite Bay, CA 95746  Placer County |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

| 2.6 | **U.S. Small Business Administration** | | | | |

Creditor's Name

**Attn: District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $1,500,000.00    $747,000.00    $1,426,000.00

| 117 Johnson Court Folsom, CA 95630  Sacramento County |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:    $4,886,962.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $4,886,962.00

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code

**Newtek Small Busines Finance
1981 Marcus Ave Ste3 130
New Hyde Park, NY 11042**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code

**Thompson's Auto and Truck
55 Placerville Drive
Placerville, CA 95667**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number ___

Debtor 1  **Austin James Paulhus**
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          First Name      Middle Name        Last Name

Case number (if known)  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

[ ]

Name, Number, Street, City, State & Zip Code
**US Attorney**
**For US Small Business Administration**
**501 I Street Suite 10-100**
**Sacramento, CA 95814**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Austin James Paulhus** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Franchise Tax Board***  Priority Creditor's Name | Last 4 digits of account number ____ | $7,031.00 | $7,031.00 | $0.00 |
|---|---|---|---|---|---|

**Bankruptcy Unit**
**PO Box 2952  MS A-340**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
■ No
☐ Yes

2022 income taxes

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1   **Austin James Paulhus** _____      Case number (if known) _____

| | | |
|---|---|---|
| **4.1** | **All Clear Plumbing Inc** | |

Nonpriority Creditor's Name
**Simas & Associates**
**7365  Morro Rd Ste 100**
**Atascadero, CA 93422**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____        $1.00

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **anchored sub contractor** _____

---

| | | |
|---|---|---|
| **4.2** | **Amerifi** | |

Nonpriority Creditor's Name
**c/o James Mowrer**
**884 Wrangler Way**
**Norco, CA 92860**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____        $120,000.00

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **loan to Anchored Tiny Homes** _____

---

| | | |
|---|---|---|
| **4.3** | **Andrew Martin** | |

Nonpriority Creditor's Name
**Cantrell Schuette**
**401 E. Jackson St Ste 2340**
**Tampa, FL 33602**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____        $1.00

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Anchored Tiny Homes Franchsing** _____

Debtor 1    **Austin James Paulhus**        Case number (if known) _____

| 4.4 | **Cambridge Advance** | Last 4 digits of account number _____ | **$200,000.00** |

Nonpriority Creditor's Name
**7901 4th St N #300**
**Saint Petersburg, FL 33702**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Anchored Tiny Homes - Guarantor

---

| 4.5 | **Cantrell** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name
**Cantreell Schuette**
**401 E. Jackson St Ste 2340**
**Tampa, FL 33602**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Anchored Tiny Homes

---

| 4.6 | **Capital Domain** | Last 4 digits of account number _____ | **$200,000.00** |

Nonpriority Creditor's Name
**300 Tice Blvd**
**Woodcliff Lake, NJ 07677**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Anchored Tiny Homes debt

---

Debtor 1 __Austin James Paulhus__

Case number (if known) _____

| 4.7 | **Carolyn Jones** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name

**3415 Delphinium Way**
**Sacramento, CA 95833**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify __Anchored Tiny Homes LLC customer__

---

| 4.8 | **Chad Creech and Robin Geis** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name

**Cantrell Schuette**
**401 E. Jackson St, Ste 2340**
**Tampa, FL 33602**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify __Anchored Tiny Homes Franchising__

---

| 4.9 | **Credible Advance** | Last 4 digits of account number _____ | $650,000.00 |

Nonpriority Creditor's Name

**20200 W. Dixie Hwy Ste 1205**
**Aventura, FL 33180**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify __guarantee of loan for Anchored Tiny Homes__

---

Debtor 1  **Austin James Paulhus**                    Case number (*if known*) _____

| | | |
|---|---|---|
| **4.1 0** | **Customers of Anchored Tiny Homes** | |

Nonpriority Creditor's Name

**See list attached to schedule F**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check that all apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | |
|---|---|---|
| **4.1 1** | **Duran Dominguez and Alyse Strampel** | |

Nonpriority Creditor's Name

**Cantrell Schuette**
**401 E. Jackson St Ste 2340**
**Tampa, FL 33602**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $1.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check that all apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Anchored Tiny Homes Franchising**

---

| | | |
|---|---|---|
| **4.1 2** | **Earl Jeff Busdicker and Kimberly Busdick** | |

Nonpriority Creditor's Name

**Cantreell Schuette**
**401 E. Jackson St Ste 2340**
**Tampa, FL 33602**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          $1.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check that all apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Anchored Tiny Homes Franchising**

---

Debtor 1   **Austin James Paulhus**      Case number (if known) _____

---

| 4.1 3 | **Elk Grove Dodge Chrysler Jeep** | Last 4 digits of account number | 1925 | $1.00 |

Nonpriority Creditor's Name
**8575 Laguna Grove Dr**
**Elk Grove, CA 95757**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **2022 Ram 1500 BH/LS purchased by Anchored tiny Homes**

---

| 4.1 4 | **Elk Grove Dodge Chrysler Jeep** | Last 4 digits of account number | 5782 | $1.00 |

Nonpriority Creditor's Name
**8575 Laguna Grove Dr**
**Elk Grove, CA 95757**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **2022 Ram 1500 - purchased by Anchored Tiny Homes**

---

| 4.1 5 | **Family Funding Group LLC** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**1021 38th St**
**Brooklyn, NY 11219**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible guarantee of Anchored Tiny Homes debt**

---

Debtor 1  **Austin James Paulhus**                                      Case number *(if known)* _____

| 4.1 6 | **Figure** | Last 4 digits of account number  **4370** | **$24,171.00** |

Nonpriority Creditor's Name
**P O box 40534**
**Reno, NV 89504**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **personal loan**

---

| 4.1 7 | **Greg Hanna** | Last 4 digits of account number  _____ | **$1.00** |

Nonpriority Creditor's Name
**Cantreell Schuette**
**401 E. Jackson St Ste 2340**
**Tampa, FL 33602**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Anchored Tiny Homes Franchising**

---

| 4.1 8 | **Heartwood Construction** | Last 4 digits of account number  _____ | **$1.00** |

Nonpriority Creditor's Name
**Spoul Tuost LLP**
**1508 Eureka Road Ste 230**
**Roseville, CA 95661-1000**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **lawsuit against Anchored Tiny Homes LLC**

---

Debtor 1  **Austin James Paulhus**                                   Case number (if known) _____

| | |
|---|---|
| **4.1 9** | |

**Jeff and Laura Smith**
Nonpriority Creditor's Name
**Cantreell Schuette**
**401 E. Jackson St Ste 2340**
**Tampa, FL 33602**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     $1.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Anchored Tiny Homes Franchising**

---

| | |
|---|---|
| **4.2 0** | |

**JMBM**
Nonpriority Creditor's Name
**3 Park Plaza Ste 1100**
**Irvine, CA 92614**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     $1.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **former attorney for Paulhus Group Inc**

---

| | |
|---|---|
| **4.2 1** | |

**John Drinkwater**
Nonpriority Creditor's Name
**JD Drywall**
**15 Golfwood Ct**
**Roseville, CA 95678**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     $1.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Anchored customer**

---

Debtor 1   **Austin James Paulhus**                                    Case number (if known) _____

---

| 4.2 2 | **Kate Brolan and Sydney Brown** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**Annabel H. Chang**
**39116 Fremont Hub 1121**
**Fremont, CA 94538**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   lawsuit against Anchored Tiny Homes LLC

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.2 3 | **Madeline Billings** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**580 Ridgeback Lane**
**Colfax, CA 95713**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   former employee of Anchored Tiny Homes

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.2 4 | **Mary Clapp** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**20960 Bowhill Ct**
**Saratoga, CA 95070**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Anchored Tiny Homes customer

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor 1  __Austin James Paulhus__    Case number (if known) _____

| 4.2 5 | **Mathen Puilukattu** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**William Cantrell**
**401 E. Jackson St Ste 2340**
**Tampa, FL 33602**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Anchored Tiny Homes Franchising LLC__

---

| 4.2 6 | **Micah Whitehead** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**Michelle Reynolds**
**2110 K Street 124**
**Sacramento, CA 95816**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __lawsuit against Anchored Tiny Homes Inc__

---

| 4.2 7 | **Mr. Advance** | Last 4 digits of account number _____ | $500,000.00 |

Nonpriority Creditor's Name
**35-12 19th Ave Ste 3W**
**Astoria, NY 11105**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __possible personal guarantee - Anchored Tiny Homes__

---

Debtor 1  __Austin James Paulhus__          Case number (if known) _____

---

| 4.2 8 | **Newtek Business Ervices Corp** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1981 Marcus Ave Ste 130**
**New Hyde Park, NY 11042**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Anchored Tiny Homes**

---

| 4.2 9 | **RBLX Funding** | Last 4 digits of account number _____ | $600,000.00 |

Nonpriority Creditor's Name
**Registered Agents Inc**
**2389 Main Street Ste 100**
**Glastonbury, CT 06033**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Anchored Tiny Homes loan**

---

| 4.3 0 | **Richard and Karen Campbell** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**Cantreell Schuette**
**401 E. Jackson St Ste 2340**
**Tampa, FL 33602**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Anchored Tiny Homes Franchising**

---

Debtor 1   **Austin James Paulhus**                                        Case number (if known) _____

**4.3 1**

**Richard Starkey**                                        Last 4 digits of account number _____        $1.00
Nonpriority Creditor's Name
**Cantreell Schuette**                                     When was the debt incurred? _____
**401 E. Jackson St Ste 2340**
**Tampa, FL 33602**
Number Street City State Zip Code                         As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                           ☐ Contingent
☐ Debtor 2 only                                           ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ■ Disputed
☐ At least one of the debtors and another                 Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                 ☐ Student loans
debt                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                           report as priority claims
                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                      ■ Other. Specify   Anchored Tiny Homes Franchising
☐ Yes

**4.3 2**

**Samson Funding**                                         Last 4 digits of account number _____        $1.00
Nonpriority Creditor's Name
**17  State Street**                                       When was the debt incurred? _____
**New York, NY 10004**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                           ☐ Contingent
☐ Debtor 2 only                                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ■ Disputed
☐ At least one of the debtors and another                 Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                 ☐ Student loans
debt                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                           report as priority claims
                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                      ■ Other. Specify   Anchored Tiny Homes Debt
☐ Yes

**4.3 3**

**Sharon Watts and Anthony Watts**                         Last 4 digits of account number _____        $1.00
Nonpriority Creditor's Name
**Richard C. Dalton LLC**                                  When was the debt incurred? _____
**P O Box 358**
**Mandeville, LA 70471**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                           ☐ Contingent
☐ Debtor 2 only                                           ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ■ Disputed
☐ At least one of the debtors and another                 Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                 ☐ Student loans
debt                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                           report as priority claims
                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                      ■ Other. Specify   lawsuit against Anchored ?Tiny Homes Inc
☐ Yes

Debtor 1 __Austin James Paulhus__          Case number (if known) _____

| 4.3 4 | **Skyline Business Capital LLC** | Last 4 digits of account number _____ | $400,000.00 |

Nonpriority Creditor's Name

**2132 W. Chesterfield Blvd**
**Springfield, MO 65807**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Anchord Tiny Homes Debt - Guarantor

---

| 4.3 5 | **Steven and Guiliani Calascione** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name

**Cantreell Schuette**
**401 E. Jackson St Ste 2340**
**Tampa, FL 33602**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Anchored Tiny Homes Franchising

---

| 4.3 6 | **Tokio Marine** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name

**801 South Figueroa Street Ste 700**
**Los Angeles, CA 90017**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Anchored Tiny Homes - contrators License Bond -

Debtor 1　**Austin James Paulhus**

Case number (if known) _____

| 4.37 | **TVT Direct Funding LLC** | | | $1,012,500.00 |

Nonpriority Creditor's Name

**65 W. 36th St FL 12**
**New York, NY 10018**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Anchored Tiny Homes Debt - Guarantee**

---

| 4.38 | **U.S. Small Business Administration** | | | $3,500,000.00 |

Nonpriority Creditor's Name

**Attn: District Counsel**
**455 Market Street, Suite 600**
**San Francisco, CA 94105**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**guarantee of Anchored Tiny Homes loan**

---

| 4.39 | **USA Funding LLC** | | | $200,000.00 |

Nonpriority Creditor's Name

**1016 NJ - 33**
**Freehold, NJ 07728**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Anchord Tiny Homes Debt - Guarantee**

---

Debtor 1  **Austin James Paulhus**                                    Case number (if known) _____

| 4.4 0 | **Velocity Capital Group** | Last 4 digits of account number _____ | $400,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Pearsall Ave**
**Cedarhurst, NY 11516**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Anchored Tiny Homes - possible guarantee

| 4.4 1 | **Wells Fargo** | Last 4 digits of account number  3411 | $2,592.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P O Box 522**
**Des Moines, IA 50306-0522**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   charge account

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations | 6a. $ | 0.00 |
|  | 6b. Taxes and certain other debts you owe the government | 6b. $ | 7,031.00 |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
|  | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. Total Priority. Add lines 6a through 6d. | 6e. $ | 7,031.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. Student loans | 6f. $ | 0.00 |
|  | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
|  | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | |

Debtor 1    **Austin James Paulhus**             Case number (if known) _____

| | | | |
|---|---|---|---|
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | 0.00 |
| | | | $    7,909,288.00 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $    7,909,288.00 |

Debtor 1 Austin James Paulhus

Schedule F Attachment

Customers of Anchored Tiny Homes LLC

Aaron and Rozhia Taylor
1675 Vernon St Unit 27
Roseville CA 95678


Aaron Anderson
6420 Woodridge Court
Citrus Heights CA 95621


Aaron Singh
7125 Bari Ct
Elk Grove CA 95757


Aaron Vaccaro
2516 Donner Way
Sacramento CA 95818


Aarthi Shrivas
699 Banyan Ln
Walnut Creek CA 94598


Abde Asraoui
124 Handley Street
Santa Cruz CA 95060


Abeba Nicola
2574 Buena Vista Ave
Walnut Creek CA 94597


Abraham Jimenez
7045 Peevey Ct
Sacramento CA 95823


Abraham Munoz
2532 Michelle Dr
Sacramento CA 95821

Abraham Munoz
4711 Loch Lomond Dr
Carmichael CA 95608


Adam and Maria Woolf/Harrington
4501 Pennsylvania Ave
Fair Oaks CA 95628


Adam Brown
1518 Wilton Way
Sacramento CA 95864


Adebayo Abimbola
5431 Summerfield Dr
Antioch CA 94531


Aditya Mohan
2613 Sobrante Way
Rancho Cordova CA 95670


Adrian Buckley
1679 Dove Dr
Tracy CA 95376


Adrianne and Wilma and Atanacio Rodriguez
17 Channing Rd
Burlingame CA 94010


Agustin Olguin
25479 Muir St
Hayward CA 94544


Ahmed Eid
191 N 9Th St
San Jose CA 95112


Alaina Schmidt
840 Pine Knoll Rd
Applegate CA 95703

Alan Siu
3762 Patterson Ave
Oakland CA 94619


Alejandra Haro
9192 Danby Ct
San Diego CA 92129


Alejandrina Chavis
1327 Delwood St
Vallejo CA 94591


Alex Yousoufian
148 Miramonte Rd
Walnut Creek CA 94597


Alexandra and Zane Anderson
3259 Hillview Ln
Lafayette CA 94549


Ali Aslam
41546 Higgins Way
Fremont CA 94539


Ali Haidari
4210 Big Cloud Way
Antelope CA 95843


Ali Zereshki
324 Glorietta Blvd
Orinda CA 94563


Alicia Williams


Allan Gomez
64 Victoria Street
Daly City CA 94015


Allen Ikegami

9836 Alta Mesa Rd
Wilton CA 95693


Allison Goodman
1807 U St
Sacramento CA 95818


Amal Dahro

Amanda and Joe Fossum
452 Pala Way
Sacramento CA 95819


Amanda Gantan
43 Manley Ct
Sacramento CA 95820


Amanda Paskey
1419 San Clemente Way
Sacramento CA 95831


Amy E Morgan
2176 Perkins Way
Sacramento CA 95818


Amy L
2111 Monroe St
Santa Clara CA 95050


Amy Maehler
650 Gladycon Rd
Colfax CA 95713


Ana Wood


Ana Young
665 Rotunda Way
Brentwood CA 94513


Anabel Avalos

17356 Esteban St
Hayward CA 94541


Anand Ayyar
846 Wilmac Avenue
Novato CA 94947


Andi Shreibman
500 Coletas Way
Byron CA 94514


Andrei Belorousou
14091 Saratoga Ave
Saratoga CA 95070


Andrew Caldwell
5190 Moddison Ave
Sacramento CA 95819


Andrew Phan
1733 39Th St
Sacramento CA 95816


Angela Okano
4142 4Th Ave
Sacramento CA 95817


Angela Wong
2928 Del Loma Dr
Campbell CA 95008


Angeles Bernardo


Angeles Crowne
8460 Ivory Coast Dr
San Diego CA 92126


Angeles Cuento
588 Sunburst Lane
Chula Vista CA 91911

Angelina Crudo
8558 Sheraton Dr
Fair Oaks CA 95628

Angeline Malimban
7680 Hanna St
Gilroy CA 95020

Angelo Williams
2701 42Nd St
Sacramento CA 95817

Anju Shrestha
22660 Byron Street
Hayward CA 94541

Ann Elias
701 Pleasant St
Roseville CA 95678

Anna Engel
827 Briarpoint Pl
San Diego CA 92154

Anna Marie Smith
5359 15Th Ave
Sacramento CA 95628

Anna Trease
9010 Morganfield Place
Elk Grove CA 95624

Anna Walraven
8126 Kaula Drive
Fair Oaks CA 95628

Anny Tay
3150 Montpelier Ct
Pleasanton CA 94588

Anselmo Marin
6830 Riverside Blvd
Sacramento CA 95831


Anthony Lok
322 Marylinn Drive
Milpitas CA 95034


Antonio Chavez
4843 Winter Oak Way
Antelope CA 95843


April Gayan
32615 West Ocupado Drive
Wickenberg AZ 85390


April Huang
4669 Alonso Ct
Fremont CA 94555


Araceli Ochoa
529 Independence Ct
Atwater CA 95301


Armand Garcia
43683 De Luz Rd
Temecula CA 92590


Artemio Arguello
8500 Hilton Way
Fair Oaks CA 95628


Arturo Garcia Morales
2432 Walnut Ave
Carmichael CA 95608


Ashlee Redden
2031 Meadow Mist Ct
Elverta CA 95626

Aunil Prakash
5520 Eden View
Sacramento CA 95823


Avinash Chand
36533 Spruce St
Newark CA 94560


Babatunde Adetunji
1132 85Th Avenue
Oakland CA 94621


Baljit Or Manmohan (Bob Or Melissa) Deol
1578 Grass Valley Dr
Woodland CA 95776


Bambi And Juan Cisneros
8423 Mountain Bell Ct
Elk Grove CA 95624


Becky Gordon
2940 Montclaire St
Sacramento CA 95821


Bee Xiong
3820 Jeffrey Avenue
Sacramento CA 95820


Ben Wilson
2547 Las Casas Way
Rancho Cordova CA 95670


Bernadette Minaberrigarai
1007 Natoma St
Folsom CA 95630


Bert Cava
10840 Woodring Drive
Mather CA 95655

Betty Sha
18640 Corte Bautista
Morgan Hill CA 95037


Beverly Moore
10495 Tavoras Ct
Elk Grove CA 95757


Beverly Peterka
32036 Corte Carmela
Temecula CA 92592


Bien Ryan Conanan
33551 11Th St
Union City CA 94587


Bill Given
345 N Murphy Avenue
Sunnyvale CA 94085


Bill Lancaster
24866 Calaroga Ave
Hayward CA 94545


Billy C Chiechi
6023 Woodminster Cir
Orangevale CA 95662


Blanca Gavina Barragan
4011 East Nichols Ave
Sacramento CA 95820


Bob Taylor
651 Wintergreen Lane
Walnut Creek CA 94598


Bobby Barba-Garcia
1830 W 65Th St
Los Angeles CA 90047

Bobby Singh
620 Columbia St
Santa Cruz CA 95060


Bonita Amaro
1733 Berkeley Way
Sacramento CA 95819


Bonnie Lawley
7789 Watson Way
Citrus Heights CA 95610


Brad Arbab
2831 Castro Way
Sacramento CA 95818


Brad Zivov
11191 Perel Ct
Rancho Cordova CA 95670


Brandon and Wilbe
840 Medford Ave
Hayward CA 94541


Brandon Buckholz
19189 E Front St
Linden CA 95655


Brandon French
1902 Randall Ave
Concord CA 94520


Brenda Miller
4508 Wawona Circle
Fair Oaks CA 95628


Brett And Jamie Laughridge
5434 Crestline Dr
Forresthill CA 95631

Brian and Rebecca Anderson and Davis
1010 Persifer St
Folsom CA 95630


Brian Hardin
2320 East Hawkeye Avenue
Turlock CA 95380


Brian M Taylor
Taylor Rd
Penryn CA 95663


Brian Rose
1119 Cresthaven Dr
Roseville CA 95678


Brian Tracy
2371 20Th Ave
Sacramento CA 95822


Brianne Kilbane
3315 Country Club Ln
Sacramento CA 95821


Britt Neudorf
5600 V St
Sacramento CA 95817


Brittany Goree
2840 Janette Way
Sacramento CA 95815


Cameron Courtney
2360 Moran Ct
Auburn CA 95603


Camille Lea Martin
3615 43Rd Street
Sacramento CA 95817

Camvan Nguyen
9582 Cherry Grove Cir
Sacramento CA 95829

Candido Paquete
3016 Walcott Way
Roseville CA 95661

Carla Forgham
101 Castleford Cir
Danville CA 94526

Carmen Summers
6038 De La Rosa Ln
Oceanside CA 92057

Carol Lisenbe Bush
4321 Paradise Dr
Carmichael CA 95608

Caroline Bellacera
5430 Butler Road
Penryn CA 95663

Caroline Nguyen
8725 Baxter Way
Oragevale CA 95662

Carolyn Jones
3415 Delphinium Way
Sacramento CA 95833

Carolyn Kiesner
4646 Illinois Ave
Fair Oaks CA 95628

Carolyn Nguyen
8560 Strong Ave
Orangevale CA 95662

Carrie Wolfe
8771 Beechcrest Ct
Orangevale CA 95662


Catalina Hernandez
2348 Knight Way
Sacramento CA 95822


Catherine Lozada
2890 Oregold Lane
Brentwood CA 94513


Celia De Benedetti
1605 Elizabeth St
Reno NV 89509


Chad Renfro
2021 Carol On
Roseville CA 95747


Chantall Hurtado
4328 Oxwood Drive
Sacramento CA 95826


Chanthou Lam
3727 1St Ave
Sacramento CA 95817


Chaudhary Rafiq
506 3Rd St
Galt CA 95632


Chelsea O'Dell
1004 Shearer St
Roseville CA 95678


Chelsey Jensen
8430 Royall Oaks Dr
Granite Bay CA 95746

Cheryl Kasovsky
1541 Rolling Hills Way
Martinez CA 94553


Chris and Kaitlyn Jones/Johnson
5101 San Francisco Blvd
Sacramento CA 95820


Chris Curtis
504 3Rd St
West Sacramento CA 95605


Chris Peterson
5140 North Ave
Carmichael CA 95608


Chris Peterson
2384 Bayview Court
Concord CA 94520


Chris Stanton
5536 Sienna Hills Way
Sacramento CA 95843


Chris Szwiec
620 Filbert Ct
Walnut Creek CA 94598


Christian Mercer
2189 Gerber Ave
Sacramento CA 95817


Christina Sahota
4325 Hussey Drive
Carmichael CA 95608


Christine Cheng
6466 Westover Drive
Oakland CA 94611

Christine Jacobs
1386 Hoffman Lane
Campbell CA 95008


Christine Phillips


Christine Rayos Del Sol
8136 Gilleland Dr
Roseville CA 95747


Christopher Jocson
4885 Fedesco Ct
Concord CA 94521


Christopher Whetstone
3016 Montgomery Way
Sacramento CA 95817


Christy Kenkel
9183 Willowberry Way
Elk Grove CA 95758


Ciji Johnson
16903 Highway 12
Sonoma CA 95476


Cindy David
1146 Masonic Ave
Albany CA 94706


Cindy Winnett
3728 47Th St
Sacramento CA 95820


Claire Audette
1551 35Th Street
Sacramento CA 95816

Claire Miller
658 Arimo Ave
Oakland CA 94610


Claudia and Thanat Phavindhu
9284 Rose Parade Way
Sacramento CA 95826


Cliff Maunder
5552 Angelo Dr
Loomis CA 95650


Clifford Dawson
2900 Candleberry Way
Fairfield CA 94533


Connie Lim
1359 Vine St
San Jose CA 95110


Connie Reynolds
1413 Woolner Ave
Fairfield CA 94533


Connor Pollock
1555 32Nd St
Sacramento CA 95816


Constance Crawford
5040 B Street
Sacramento CA 95819


Consuelo Gonzalez
1830 Hemlock Dr
Oakley CA 94561


Corazon Taguiran
7998 Shoal Creek Ct
Sacramento CA 95829

Corey Osberry
4582 Dunnwood Dr
El Dorado Hills CA 95762


Corinna Liebowitz
465 Metzgar St
Half Moon Bay CA 94019


Courtney Thomas
2964 43Rd St
Sacramento CA 95817


Covelle Jude
2204 Mclaren Dr
Roseville CA 95661


Craig Bissell
248 Folsom Rd
Roseville CA 95678


Craig Willis
3130 Maxwell Avenue
Oakland CA 94619


Cristina Diaz
40235 Laiolo Road
Fremont CA 94538


Cristy Aquino
239 Doris Avenue
San Jose CA 95127


Crystal Myers
2124 Christiansen Cir
Woodland CA 95776


Crystal Stuart
548 Sandimas St
Fairfield CA 94533

Dan Parish
8239 Crest Shire Circle
Orangevale CA 95662


Dan Pongtippun
5076 Padova Dr
El Dorado Hills CA 95762


Daniel and Josie Deleon
8317 Polo Crosse Ave
Sacramento CA 95829


Daniel Lin
694 N 2Nd St
San Jose CA 95112


Danielle Davis
2810 Main St
Oakley CA 94561


Darren and Tika Ball
913 Ross Drive
Woodland CA 95776


Darren Hosler
420 Lampass Ave
Sacramento CA 95815


Dat Vu
876 N 5Th Street
San Jose CA 95112


Dave Musso
716 28Th Ave
San Mateo CA 94403


Dave Shefferman
938 Horn Ave
Glen Ellen CA 95442

Dave Torres
8310 Santa Juanita Ave
Orangevale CA 95662

Dave Waterstradt
7117 Hope Way
Penryn CA 95663

David and Mallory Portillo
8650 Central Ave
Orangevale CA 95662

David Alvarez
5519 Maidstone Way
Citrus Heights CA 95621

David Light
1023 Greta St
San Diego CA 92021

David Loberg
3389 Crestview Way
Napa CA 94558

David Shade
9142 Junewood Ln
Fair Oaks CA 95628

David Shen
1122 Bancroft Way
Berkeley CA 94702

David Sousa
1228 Oxton Drive
San Jose CA 95121

David Whetstone

Dean and Silvia Waki
1074 Cavanaugh Way

SacramentoCA 95822

Deana Mikami
43 S Milton Ave
Campbell CA 95008

Debbie Morris and Laurie Krofcheck
7649 9Th Street
Elverta CA 95626

Deborah Goodwin
5296 Campcreek Loop
Roseville CA 95747

Deborah Joe
4290 67Th St
Sacramento CA 95820

Debra Galarza
1005 Helen Drive
Millbrae CA 94030

Debra Reimche
8720 Cullen Ct
Elk Grove CA 95624

Debra Slone
20 Aspen Ct
Vallejo CA 94591

Debrah Cannon
7500 Titian Pkwy
Sacramento CA 95823

Denise Pickering
2410 Rustic Lane
Lincoln CA 95648

Dennis and Carolyn Wong
12720 Rimfire Dr

Wilton CA 95693


Dennis Sies
10376 Smith Rd
Grass Valley CA 95949


Denny Roja
14377 Liddicoat Circle
Los Altos Hills CA 94022


Derek and Melissa Orchard


Derek Dunn
3756 6Th Ave
Sacramento CA 95817


Derrick Brown
241 Greenwich Dr
Pleasant Hill CA 94523


Derrick Brown
9474 Village Tree Dr
Elk Grove CA 95758


Derrick Ota-Helper


Desiree Morales
366 Cornell Ave
Hayward CA 94544


Dia Mariano
2501 Crestmoor Drive
San Bruno CA 94066


Diana Douglas (Svolba)
4276 North River Way
Sacramento CA 95864


Diana Fisher-Godinez

1761 Andrews St
Tustin CA 92780


Diane Gibson-Gray
918 Almond St
Antioch CA 94509


Diane Lawver


Diannah Vaughn
5098 Tonya Way
Carmichael CA 95608


Dimitris Rascoe
2645 51St Ave
Sacramento CA 95822


Dina French
3903 Klamath Way
Napa CA 94558


Dina Mahshi - Mcwashington
2775 Shinn Ct
Woodland CA 95776


Dina Ortega Ortega
214 S Capitol Ave
San Jose CA 95127


Dion Cardenas
3140 Whitewood Dr
Carmichael CA 95608


Dominic Jackson
3432 Glamorgan Court
San Jose CA 95127


Donald Saur
5051 Dominican Ct
Fairfieid CA 94534

Donald Vanwinkle
114 Snow Bar Ct
Folsom CA 95630


Dong Zhang
6283 Roslin Ct
Pleasonton CA 94588


Donna Cortesi
524 Palm Ave
Martinez CA 94553


Dorothydong Dong
17 Shasta Drive
Rio Vista CA 94571


Doug and Connie Washburn
3637 Countrywood Ct
San Jose CA 95130


Douglas Snyder
582 N 9Th St
San Jose CA 95112


Duc Le
7564 Hillrose Dr
Dublin CA 94668


Dulce Blanche
3858 Harbor St
Pittsburg CA 94565


Dynnel Ryan
676 Francis Dr
Lafayette CA 94549


Edoardo Morlet
4849 9Th Ave
Sacramento CA 95820

Efferem Poynter
2792 Cam Venadillo
San Ramon CA 94583


Efrem and Ellen Arrivas
6821 Cedar Blvd
Newark CA 94560


Eileen And Terry Horton
2039 Radcliffe Ct
Martinez CA 94553


Elisa Mclaughlin
5144 Sunrise Hills Dr
Fair Oaks CA 95628


Elizabeth Dolbec-Oliveras
104 Langley Ave Roseville
Roseville CA 95661


Elizabeth Polvent
3242 Humphrey Rd
Loomis CA 95650


Emmanuel Michel
1529 Burbeck Ave
Richmond CA 94801


Eric Eggie Foust
8112 Lobata Street
Citrus Heights CA 95610


Eric Gravin
9050 Eden Oaks Ave
Orangevale CA 95662


Eric Harvey
3100 Athene Ct
Concord CA 94519

Eric Ketelsen
341 S 1St Street
Dixon CA 95620

Erica Trejo
2533 Andrade Ave
Richmond CA 94804

Erik Dean
3444 1St Ave
Sacramento CA 95817

Erika Huerpa
9555 Robson Rd
Galt CA 95630

Erlinda Unciano Raqueno Erlinda
2222 S Harrison St
Stockton CA 95206

Estrellita Olea
4804 Chicago Ave
Fair Oaks CA 95628

Eugene and Roger Velasco
3001 Menlo Court
Vacaville CA 95687

Evelyn Li
38006 Vallejo Street
Fremont CA 94536

Fardin Zamani
3077 Pruneridge Ave
Santa Clara CA 95051

Fay And Larry Thoms
6 San Miguel Ct
Novato CA 94945

Faye Borton
9909 Dove Shell
Elk Grove CA 95757

Faye Vahedian
1270 Ocean Ave
Emeryville CA 94608

Felicia Suine
1429 Los Molinos Way
Sacramento CA 95864

Ferlyn Buenafe
1231 Mariposa Way
Fairfield CA 94533

Filipp Pavenko
5825 Eighth St
Sheridan CA 95681

Fiorella Fuentes
3780 Cambridge Rd
Cameron Park CA 95682

Francesco Ruggiero
5064 Rahlves Dr
Castro Valley CA 94546

Francis Colbert
8147 Peppertree Road
Dublin CA 94568

Freddie Choo
221 Laurel Ave
Millbrae CA 94030

Frederick Newman
15920 N Curry Ave
Lodi CA 95242

Gabriel Balter
5022 Rahlves Drive
Castro Valley CA 94546


Gail Le
4601 Pressley Rd
Santa Rosa CA 95404


Galen Ellis
20708 High Street
Penn Valley CA 95946


Gary Dartmore Howell
8428 Central Ave
Orangevale CA 95622


Gary Thompson
801 Lynn Ave
Antioch CA 94509


Geneva Lee
19 San Thomas Ct
Pittsburg CA 94565


George Warren
1908 H St
Sacramento CA 95811


Georgia Boles
3928 Henderson Way
Carmichael CA 95608


Gerald Hom
55 Cottonwood Ct
Hillsborough CA 94010


Gideon Freeman
514 Masonic Street
Martinez CA 94553

Giles Wilson
1093 El Dorado Dr
Livermore CA 94550


Gina Olivares
8506 Robbie Way
Citrus Heights CA 95610


Girija Subramanya
10834 E Estates Drive
Cupertino CA 95014


Grace Meier
90 Santa Barbara Rd
Pleasant Hill CA 94523


Greg Gagne
8005 Glen Park Ave
Citrus Heights CA 95610


Greg Matt
6119 Dover St
Oakland CA 94609


Gurpreet Lally
21710 Via Regina
Saratoga CA 95070


Gus Tamariz
6407 Mulberry Ln
Stockton CA 95212


Gwen Lake


Hamdan Almas
960 Altschul Ave
Menlo Park CA 94025

Hanna Herrera
3626 Bret Harte Ct
Sacramento CA 95817


Harold Falcasantos
1124 63Rd St
Oakland CA 94608


Harpreet Chadha
3534 20Th Ave
Sacramento CA 95820


Harris Klein
1980 Opal St
Walnut Creek CA 94596


Hassan Al Hassani
705 Georgia Way
Fairfield CA 94533


Heather Laughlin
718 Bellmeade Ct
Brentwood CA 94513


Heather Peters
127 Willow Ave
Roseville CA 95678


Heidi Galbraith
974 Neilson St
Albany CA 94706


Henrik Poulsen
76 Cercado Ct
Napa CA 94559


Henry Audon
3424 Madeline Dr
San Jose CA 95127

Henry Kim
304 Roblar Avenue
Millbrae CA 94030


Hilary Yamtich
1010 Post Street
Alameda CA 94501


Ho Joon Kang
3036 Brook St
Oakland CA 94611


Hoi Wong
1411 Peach Pl
Concord CA 94518


Holly Johnson
8060 Stadler Street
La Mesa CA 91942


Honey Perrigo
1433 Mikon St
West Sacramento CA 95605


Hugo Ramirez
779 Tiffany Pl
Concord CA 94518


Hung Tang
15074 Charmeran Ave
San Jose CA 95124


Ian Catangay
1650 Spring Vale Rd
Placerville CA 95667


Irene Peralez
5336 Nelson St
Sacramento CA 95820

Irene Sagaral
8598 Montpelier Way
Sacramento CA 95823


Irma Garcia
808 Warren Ln
Santa Rosa CA 95401


Isaac Mcclellen
554 Watercourse Ln
West Sacramento CA 95605


Jacalynn Blankenship
9601 Davona Dr
San Ramon CA 94583


Jacki Zuvella
170 Awali Avenue
Auburn CA 95603


Jackie Danielsson
4 Wren Ct
Concord CA 94519


Jackie Madison
1306 Chase St
Novato CA 94945


Jackson Kong
3580 Union St
Fremont CA 94538


Jaclyn O'Neil
2467 Ridgewood Cir
Fairfield CA 94534


Jahari Dickens-Ortiz
2809 Becerra Way
Sacramento CA 95821

Jaime Cortes
2966 Aldrich St
Antioch CA 94509


Jaime Schrepfer
3256 Gerle Ave
Placerville CA 95667


Jamal Williams
2305 West Street
Berkeley CA 94702


James Beeghly
3117 33Rd St
Sacramento CA 95630


James Forakis
2517 Calhoun Street
Alameda CA 94501


James Forakis
904 Vista Del Diablo
Martinez CA 94553


James Garvin
5501 Castleford Way
Elk Grove CA 95758


James Lo
4846 Los Arboles Pl
Fremont CA 94536


James Su
35988 Bronze St
Union City CA 94587


James Watkins
8302 Grandstaff Dr
Sacramento CA 95823

Jan Saylors
2120 Green Valley Rd
El Dorado Hills CA 95762

Jan Truelock
329 Pleasant St
Roseville CA 95678

Jane Stahl
535 Park Blvd
Millbrae CA 94030

Janet Nichols
6732 Flaming Arrow Drive
Citrus Heights CA 95621

Janet Wire-Klein
1608 37Th St
Sacramento CA 95816

Janice Hutson

Janice Smith
5900 Small Hill Ct
Citrus Heights CA 95621

Jannet Mercado
161 Rolph Park Drive
Corckett CA 94525

Jannice Caballero
2232 Santa Maria Drive
Pittsburg CA 94565

Jasen And Kerry Buchan
395 Killdeer Ct
Lincoln CA 95648

Jason Bautista
29 Sand View Dr

Bay Point CA 94565

Jason Hatcher
6222 Sun River Dr
Sacramento CA 95824

Jason Primes
3965 Val Verde Rd
Loomis CA 95650

Jason Reyes
29587 Copper Hill Ct
Winchester CA 92596

Jason Tak
3220 9Th Ave
Sacramento CA 95817

Jay Heckenlively
320 Mund Rd
St Helena CA 95816

Jayann Tubon
5211 Bascule Ct
Fairfield CA 94534

Jaymin Munoz
2253 Vestal Ave
Castro Valley CA 94546

Jeff Chu
177 S 12Th St
San Jose CA 95112

Jeff Chu
1535 Hudson St
Redwood City CA 94061

Jeff S Neithercutt
958 K St

Davis CA 95616


Jeffery


Jemima Davis
2236 Murieta St
Sacramento CA 95822


Jenn Coyle
6425 S Land Park
Sacramento CA 95831


Jennie Daniel
2060 Vista Mar Drive
El Dorado Hills CA 95762


Jennifer Brian/Jennifer Judy Family Tru
5200 Callister Ave
Sacramento CA 95819


Jennifer Goyeau
151 Winterstein Dr
Folsom CA 95630


Jennifer Lacefield
7845 Rosswood Dr
Citrus Heights CA 95621


Jennifer Roney
616 S Gertrude Ave
Stockton CA 95215


Jennifer Solotaroff
4547 Ross Ave
San Jose CA 95124


Jeong Lee
3405 Alwood Ct
Sacramento CA 95821

```
Jeremy And Molly Neal
2391 Plum Street
Pinole CA 94564


Jeremy And Molly Neal
5953 Clydesdale Avenue
San Jose CA 95123


Jerry Jacobs
3533 W River Dr
Sacramento CA 95833


Jessica Rutchena
8655 Morgan Creek On
Roseville CA 95747


Jesus Lopez
2120 Barbara Ct
Pittsburg CA 94565


Jill Babowal
11167 Tahoe Street
Auburn CA 95602


Jill Cooper


Jim and Noel
311 Third Street
Ripon CA 95366


Jim Davenport
1380 Berlin Way
Livermore CA 94550


Jim Hallenbeck
1198 Lyons Street
Redwood City CA 94061


Jim Prongos
```

4077 Loganberry Dr
San Jose CA 95121


Jim Stilwell
6240 Birks Lane
Orangevale CA 95662


Jit Baral
3541 Howsley Rd
Pleasant Grove CA 95668


Jitendra Mandalia
8283 Cavalier Lane
Dublin CA 94583


Joanna Greene
4308 G Street
Sacramento CA 95819


Joanne Stricklin
2093 3Rd St
Lincoln CA 95648


Joannie Roldan
875 Monroe St
Santa Clara CA 95050


Jock Mcdonald
199 South Seymour St
Napa CA 94559


Jody Dickinson
8064 Westcamp Rd
Fair Oaks CA 95628


Jody Mckenzie
3240 Paseo Vista
San Martin CA 95046


Joe Bendorf

5295 Stoney Falls Dr
Auburn CA 95602


Joe Ortega
2137 Hillridge Drive
Fairfield CA 94534


Joe Quach
2419 Hummel Ct
San Jose CA 95148


Joey Costales
1431 Jeffrey Pl
Escondido CA 92027


Joey Ramirez
1911 E Street
Sacramento CA 95811


John and Amelia Castelli
1160 Nogales St
Lafayette CA 94549


John And Sophie Bess and Benjamin
3555 Brook Street
Lafayette CA 94549


John Bernardino
23 K St
Chula Vista CA 91911


John Burchfield
1427 168Th Ave
San Leandro CA 94578


John Hudson
3430 Kentfield Dr
Sacramento CA 95821


John Lee

3240 Granite Creek Pl
Newcastle CA 95658


John Lee
6000 State Hwy 193
Newcastle CA 95658


John Threlkeld
1065 Stone Valley Rd
Alamo CA 94507


John Wallwork
2468 Massachusetts Ave
Redwood City CA 94061


Jon La Freniere
4311 Walali Way
Fair Oaks CA 95628


Jon Lum
1233 Nadina Street
San Mateo CA 94402


Joni Shipman
5459 Beauregard Way
Orangevale CA 95662


Jordan Baker
4056 Brooks Ct
Pleasanton CA 94588


Jordan Smith
2515 T Street
Sacramento CA 95816


Jorge Arevalo
2056 Delma Way
Sacramento CA 95825


Jorge Lopez

3100 Brophy Drive
Sacramento CA 95821


Jorge Molina
1927 Laurel St
Napa CA 94559


Jorge Silva
8255 Chester Drive
Sacramento CA 95830


Jose Alvarez
39 Fairview Ave
Baypoint CA 94565


Jose Lara
5005 Pasadena Ave
Sacramento CA 95841


Jose Martinez
4224 77Th Street
Sacramento CA 95820


Jose Ochoa
529 Independence Ct
Atwater CA 95301


Jose Ramirez
9290 Bearnaise Way
Sacramento CA 95829


Jose Santos
3220 Dakota Ct
Rocklin CA 95765


Jose Silva
3936 High St
Sacramento CA 95838


Joseph Hanna

262 Robles Dr
Santa Cruz CA 95060


Joseph Ramos
1842 Arcadian Ave
Chico CA 95926


Joy St John
2725 52Nd Ave
Sacramento CA 95822


Ju Jane


Juan Olague
2327 W Ave 133Rd
San Leandro CA 94577


Judith Beatty
16195 Camillia Terrace
Los Gatos 95032 95824


Judy Lloyd
1424 Keeney Way
Sacramento CA 95864


Judy Manley
4708 Marlborough Way
Carmichael CA 95608


Judy Stanley
8955 Van Gogh Circle
Fair Oaks CA 95628


Judy Stilwell
6240 Birks Lane
Orangevale CA 95662


Julie Molina
605 E L St
Benecia CA 94510

Julie Seeley
45199 Quarterhorse Court
Antioch CA 94531


Julie Uhouse
9510 Pershing Ave
Orangevale CA 95662


Justin Holst
3345 Wood On
Cameron Park CA 95682


Justin Johnson
503 Atkinson St
Roseville CA 95678


Kacie Northcutt
51 Foss Dr
Redwood City CA 94062


Kaitlyn Johnson
5101 San Francisco Blvd
Sacramento CA 95820


Kaitlyn Nelson
6907 Palm Ave
Fair Oaks CA 95628


Kala Ramineni
1760 Blakesley Drive
San Ramon CA 94582


Kaniz Joarder
1124 Meredith Avenue
San Jose CA 95125


Karen Archibald
24630 N Jack Tone Rd
Acampo CA 95220

Karen Auwaerter
1010 4Th Ave
Sacramento CA 95818


Karen Baur
1010 Wabash Ct
Roseville CA 95678


Karen Eckel
1616 Maryland Ave
West Sacramento CA 95322


Karen Fusitua
7408 Garden Ridge Way
Sacramento CA 95829


Karen Ryan
1300 Pole Line Rd
Davis CA 95618


Kari and Mike Sontag
1518 Verdi St
Alameda CA 94501


Karima Ajayi
9056 Ida Street
Live Oak CA 95953


Karla Mancia
9989 Lorae Way
Elk Grove CA 95624


Kate Byrd
8650 Pyrenees Ct
Elk Grove CA 95624


Kate Giampaoli
742 Diablo Ave
Novato CA 94947

Katherine Enriquez
1910 Myrtle Ct
Concord CA 94521


Katherine Jacques
213 Palm Ave
Modesto CA 95350


Kathlyn Atanacio Kathlyn Atanacio
7374 Galette Ct
Sacramento CA 95829


Kathryn Palmieri
1505 Highland Blvd
Hayward CA 94542


Kathy Quinn
1449 Plaza De Oro
Benecia CA 94510


Kathy Rodrigue
13315 Buttermilk Bend
North San Juan CA 95960


Katie and Jared Brown
2331 Alhambra Ave
Martinez CA 94553


Katie And Roderick Williams
690 M Street Lincoln
Linclon CA 95648


Katie Charlson
1798 Cooper Rd
Sebastopol CA 95472


Katie Friedman
523 Vine Way
Roseville CA 95678

Katie Heidorn
3308 L St
Sacramento CA 95816


Katie Lewis
3631 17Th St
Sacramento CA 95818


Katie Lucas
1552 141St Ave
San Leandro CA 94578


Katy and Richard Roland and Prasad
2031 Daimler Ct
Olivehurst CA 95961


Keith Gehrke
1012 Merrithew Drive
Martinez CA 94553


Kelle Lebeau
6305 Rustic Hills Dr
Rocklin CA 95677


Kelley Kenny
1824 Woodsdale Court
Concord CA 94521


Kelli Nyssen
7879 Wildridge Dr
Fair Oaks CA 95628


Kelly Oakes
7121 Pine View Drive
Folsom CA 95630


Ken Ahmann
13480 Moss Rock Dr
Auburn CA 95602

Kenneth Cramer
4327 Miranda Ave
Palo Alto CA 94306


Kenneth Reed
37189 2Nd Street
Fremont CA 94536


Kevin Dollison
7231 Santa Juanita Ave
Orangevale CA 95662


Kevin Dooley
3395 Woodview Dr
Lafayette CA 94549


Kevin Hamstreet


Kevin Lamb
802 Wendell Place
Woodland CA 95695


Kevin Sanchez
9435 Appalachian Dr
Sacramento CA 95827


Kevin Wang
6317 Shattuck Ave
Oakland CA 94609


Khaleda Begum
2305 Ramon Dr
Sacramento CA 95825


Khuyen Nguyen
2120 Espanola
San Pablo CA 94806


Kimberly Ornelas

4950 Derby Pl
Newark CA 94560


Kimberly Phan
8164 Silverleaf Way
Sacramento CA 95829


Kiran and Swati and Swati
1529 Grand Ave
Piedmont CA 94611


Kouichoy Saechao
485 105Th Ave
Oakland CA 94603


Kris Bergesen
9536 Sara St
Elk Grove CA 95624


Krissi Miramontes
5248 Holly Lane
Fair Oaks CA 95628


Kristie Lyons
2922 Madeline Street
Oakland CA 94602


Kristie Miser
9284 Orangevale Ave
Orangevale CA 95662


Kristin Rose
1500 Gannon Dr
Sacramento CA 95825


Kristy Everett
3610 Woodglade Ct
Rocklin CA 95677


Kyle Clarkson

4412 Hummingbird Cir
Folsom CA 95630


Kyle Dague
2216 Larsen Dr
Camino CA 95709


Ladonna Brown
6742 Golf View Dr
Sacramento CA 95822


Lakethia Pascua
1729 Autumn Meadow Dr
Fairfield CA 94534


Lara Zanzucchi
2521 Leslie Ave
Martinez CA 94553


Larissa Campos
2916 Babson Dr
Elk Grove CA 95758


Laura and William Buttler
1628 Sumatra Street
Hayward CA 94544


Laura Jassowski
4808 East China Hill Rd
El Dorado CA 95623


Laura Murphy
8925 Rosewood Drive
Sacramento CA 95826


Laura On Anyanwu
2329 Mayo Ct
Rancho Cordova CA 95670


Lauren Wilson

3511 Ronk Way
Sacramento CA 95821


Laurie Smith
319 Lake Dale Ct
Martinez CA 94553


Leah Chap
3020 T Street
Sacramento CA 95816


Leah Hamilton
2760 Alhambra Dr
Cameron Park CA 95682


Leah Smith


Leann And Kala Ramirez - Salas
9438 Durango Way
Elk Grove CA 95624


Leannette Tretyak
10040 Tyler River Ct
Rancho Cordova CA 95670


Lee O Crawford
1678 Norine Drive
Pittsburg CA 94565


Lena Norris
5512 Arizona Dr
Concord CA 94521


Leticia Cardona
104 Clareview Ave
San Jose CA 95127


Letty Burciaga
173 N Cragmont Ave
San Jose CA 95127

Liem Dang
8684 Moss Agate Ct
Elk Grove CA 95758


Lien Chao Tsai
12481 Radoyka Drive
Saratoga CA 95070


Liliana Guerrero-Torres
3888 Calais Way
El Dorado Hills CA 95672


Linda Kami
8901 La Serena Dr
Fair Oaks CA 95628


Linda Price
1900 Edgewood Lane
Walnut Creek CA 94598


Linda S Zarzana
4228 F St
Sacramento CA 95819


Linda Tamburri
168 Copper Knoll Way
Oakley CA 94561


Lindsey Fudge
1849 47Th St
Sacramento CA 95819


Lindsey Moore
1050 Hunsaker Canyon Rd
Lafayette CA 94549


Liqin (Lee) Lin
412 E 14Th Street
Davis CA 95616

Lisa Asher
634 Maureen Ln
Pleasant Hill CA 94523


Lisa Hobson/Adams
9191 Gerber Rd
Sacramento CA 95829


Lisa Renken
1767 Third St
Lincoln CA 95648


Lisa Thorpe
1243 High Street
Auburn CA 95603


Lisbett R De S R De S


Liz Taylor
1391 Camino Tassajra
Danville CA 94526


Louise Santiago
818 Pennsylvania Ave
Vallejo CA 94590


Lovepreet Kaur
9136 Buckeye Way
Sacramento CA 95829


Lucas Moller
2324 Courtland Ave
Oakland CA 95663


Lucia Ronquillo
22862 Grand St
Hayward CA 94541

Lucinda Scott
7729 Nelson Lane
Citrus Heights CA 95610


Lucio Barajas
1049 Smcdowell Blvd
Petaluma CA 94954


Luis Delgado
7572 Circuit Dr
Citrus Height CA 95610


Madeline Buck
126 Glenwood Glade
Oakland CA 94611


Madeline Walzem
1255 Valerosa Way
Davis CA 95618


Madhu Bangalore
6476 Scenic Ave
Livermore CA 94551


Mahogany Roland
6147 37Th Street
Sacramento CA 95824


Makenzie Eden
5618 Bromley Way
San Diego CA 92120


Maletta Sommons
8189 Auberry Drive
Sacramento CA 95828


Manjeet Singh
3720 Union Street
Freemont CA 94538

Manju Bhatia
12370 Saraglen Drive
Saratoga CA 95070


Mara Felsen
4401 Moraga Ave
San Diego CA 92117


Marcus Trinh
432 Fenley Ave
San Jose CA 95117


Margarita Garza
1101 Ulrich Ave
Modesto CA 95350


Margie Mcbride
9720 Tack Ct
Wilton CA 95693


Mari Clapp
20960 Bowhill Ct
Saratoga CA 95060


Maria Barrera
705 Broadway St
Fairfield CA 94533


Maria Cucu
4104 Payson Ave
Roseville CA 95747


Maria Djapounova
161 Circle Dr
Walnut Creek CA 94595


Maria Nicomedes
868 Gelston Place
El Cerrito CA 94530

Maria Smith
741 Q St
Rio Linda CA 95673


Marie Doboue


Marie Rodriguez
3925 Altadena Lane
San Jose CA 95127


Marietta Bernstein
13049 Windsong Ct
Auburn CA 95602


Marietta Bernstein
179 Arbolado Drive
Walnut Creek CA 94598


Marijane Anthony
1812 Amador Ave
Davis CA 95616


Marilyn Pearl
1237 Mills Ave
Modesto CA 95350


Mario Azizzi
355 Heidi Dr
Morgan Hill CA 95037


Marjorie Price
Po Box 312
Rexberg ID 83440


Mark and Dallis Morash
835 Estudillo Ave
San Leandro CA 94577


Mark Allen
3110 Fowler Rd

San Jose CA 95135

Mark Pananganan
5112 Twinlakes Ct
Fairfield CA 94534

Mark Rissas
2171 Olympic Blvd
Walnut Creek CA 94596

Marnie Pullin
506 Florence Dr
Vacaville CA 95688

Marshall Frost
232 Bermuda Lane
Vallejo CA 94591

Martha Morales
221 N Loma Dr
Lodi CA 95242

Mary Ann Ballesteros
8620 Wilhert Ct
Sacramento CA 95828

Mary Duenow
1839 Second St
Napa CA 94559

Mary Gonzales
3745 Viola Dr
North Highlands CA 95660

Maryjane Fuster
451 El Rio
Danville CA 94526

Marylene Notarianni
1138 18Th Ave

Redwood City CA 94063


Mason Hibbard
1100 Springfield Way
Modesto CA 95355


Matt Meizner
1336 Greenhills Rd
Sacramento CA 95864


Matthew Cabrera
7809 Saybrook Dr
Citrus Heights CA 95610


Matthew Funakoshi
4512 Oxbow Dr
Sacramento CA 95864


Matthew Kirkpatrick
1731 Rolling Hills Rd
Sacramento CA 95864


Melanie Myers
104 Marvin Ct
Folsom CA 95630


Melissa Demarest
1984 Loch Ness Way
San Jose CA 95121


Melody Shephard
4750 Winchester Dr
Oakley CA 94561


Meng Thao
4130 Veralee Lane
Sacramento CA 95838


Mercedes Erazo
1998 N Capitol Ave

San Jose CA 95132


Mercedes Renteria
10458 Spaulding Way
Rancho Cordova CA 95670


Merle Simonsma
8200 Dressage Way
Elk Grove CA 95829


Mia Carella
706 Soto St
Martinez CA 94553


Michael and Tiffany Jason Anderson
2767 Alhambra Dr
Cameron Park CA 95682


Michael Jalone
4708 Gatwick Ct
Rocklin CA 95677


Michael Morillo
201 13Th St
West Sacramento CA 95691


Michael Poon
3740 1St Ave
Sacramento CA 95817


Michael Siegfried
1765 Booth Rd
Roseville CA 95747


Michael Tranate
1345 Peach Place
Concord CA 94518


Michael Vinson
6800 Grizzly Flat Rd

Somerset CA 95684

Michael Wolford
4948 Buena Vista Ave
Fair Oaks CA 95628

Michael Yoell
191 Plaza Circle
Danville CA 94526

Michele Onciano
5504 Rathdrum Way
Antioch CA 94531

Michelle Delgado
7241 Winding Way
Fair Oaks CA 95628

Michelle Figueroa
6027 Ranger Way
Carmichael CA 95608

Michelle Langill
405 Sutter St
Folsom CA 95630

Michelle Mitchell
3415 35Th St
Sacramento CA 95817

Michelle Tecson-Guanzon
3000 Haywood Pl
Roseville CA 95747

Miguel Manriquez
2512 Clay St
Alameda CA 94501

Miguel Rivera
7 Santiago Ct

Novato CA 94949

Miguel Rodri
783 20Th Street
Oakland CA 94612

Mihretab Berehe
1424 72Nd Ave
Oakland CA 94621

Mike Chin
130 Aberdeen Ct
Granite Bay CA 95746

Mike Mccarrick
6228 Rampart Dr
Carmichael CA 95608

Mike Oram
690 N 21St St
San Jose CA 95112

Mike Page
1071 W Taylor St
San Jose CA 95126

Mike Protsman
3999 Ciarlo Ln
Vacaville CA 95688

Miko Aragon
5542 Chattanooga St
San Diego CA 92139

Mimi Strickland
7515 Loma Verde Way
Sacramento CA 95822

Mina Wilson
4084 Barn Hollow Way

Antioch CA 94509

Miranda Barron

Miriam Quintero
270 Truckee Lane
San Jose CA 95136

Mo Spikes
859 43Rd St
Oakland CA 94608

Mohammed Khan
7862 Trout Creek Ct
Sacramento CA 95828

Molly Chiah
4729 Ponderay Lane
Sacramento CA 95841

Mona Singh
286 Martens Ave
Mountain View CA 94040

Monica Ellis
5019 Longbranch Way
Antioch CA 94531

Monika Tyagi
170 Tilton Ave
Morgan Hill CA 95037

Muffy Weaver
13315 Buttermilk Bend
North San Juan CA 95960

Myrna Stewart
4928 Stacy St
Oakland CA 94605

Nan Lin
7643 Mariposa Ave
Citrus Heights CA 95610


Nancy Baha
2139 Jewel Lake Way
Plumas Lake CA 95961


Nancy Garcia
6732 4Th Ave
Rio Linda CA 95673


Nandita and Don Weigel
944 Black Mountain Ct
Los Altos CA 94024


Nara Manaljav
2515 Buena Vista Ave
Walnut Creek CA 94597


Natalie and Wes Newhouse
153 Sycamore Ave
Mill Valley CA 94941


Natalie Rios
356 Granite Circle
Antioch CA 94509


Natasha Stillman
7760 Stockton Ave
El Cerrito CA 94530


Nathan Sadowski
231 Walnut Ave
Walnut Creek CA 94598


Nazia Sherrif
126 Canon Drive
Orinda CA 94563

Nglaa Awnallah
5320 Luttig Ct
Elk Grove CA 95757


Nguyen Nguyen
1236 Browning Dr
Sacramento CA 95815


Nic Paparella
1842 Arcadian Way
Chico CA 95926


Nic Paparella
1372 Vallombrosa Ave
Chico CA 95926


Nicholas Cho
4243 Americana Way
Rocklin CA 95677


Nichole Wolfe
109 Wesleyan Way
Folsom CA 95630


Nick Fournier
3158 S St
Sacramento CA 95816


Nicole Lamus
2603 Sheldon Drive
Richmond CA 94803


Nima Moradi
5966 Gilman Way
North Highlands CA 95660


Nirmalya Patra
586 Saratoga Ave
Santa Clara CA 95050

Noel Rohland
3204 Cumbrian Ct
Walnut Creek CA 94598


Nona Dadash
2140 Willow Lake Ct
Martinez CA 94553


Nonoy Rod Barrido
4132 Central Ave
Fremont CA 94536


Norma De La Fuente
818 Columbia Dr
San Mateo CA 94402


Norman Chan
524 Royer St
Roseville CA 95678


Norman Santos
524 Royer St
Roseville CA 95678


Nutthawat Benjapatanamongkol
609 Elkelton Boulevard
Spring Valley CA 91977


Odelle Edora
2148 Alice Dr
Walnut Creek CA 94596


Omar Leon
38041 3Rd St
Fremont CA 94536


Orlene Sunseri
360 Bonvue Dr
Applegate CA 95703

Oscar Ramirez
674 Sunningdale Drive
Oceanside CA 92057

Oscar Vasquez
1134 Los Palos Ct
Pittsburg CA 94565

Pam Gacula
3034 Barranca Dr
Pittsburg CA 94565

Pam Quiming
3517 Black Elk Ct
Antelope CA 95843

Paramjeet Luthra
5582 London Way
San Ramon CA 94582

Pat Staley
8152 Glen Canyon Court
Citrus Heights CA 95610

Patricia Brisbane
327 Mayellen Ave
San Jose CA 95126

Patricia Rincon

Patricia Rodriguez
3174 Sylvan Dr
San Jose CA 95148

Patrick Eidson
830 36Th Street
Oakland CA 94608

Patrick Mcgee

```
6934 Sun St
San Diego CA 92111


Patrick Phillips
947 Big Sur Ct
El Dorado Hills CA 95762


Patrick Taylor
5104 Dynasty Way
Sacramento CA 95835


Paul Amrhein
476 Los Altos Avenue
Los Altos CA 94022


Paul Cardoso
36324 Shorehaven Place
Newark CA 94560


Paul Endelman
2215 C St
Sacramento CA 95816


Paul R King
1900 Judith Pl
Concord CA 94521


Paul Romero
261 Catalina Ave
Pacifica CA 94044


Paula Burnett
1925 Pennsylvania Ave
West Sacramento CA 95691


Pavan
5183 Poston Dr
San Jose CA 95136


Peggy Gibbs
```

4848 U Street
Sacramento CA 95817


Peggy Stock
5555 Hwy 193
New Castle CA 95658


Penny Manzo
5305 Paragon St
Rocklin CA 95677


Pete and Kelley Barker
15 Black River Ct
Sacramento CA 95831


Philip Lett
4009 Hancock Drive
Sacramento CA 95820


Poonam Mehta
251 C St
Redwood City CA 94063


Purnanrusimha Adabala


Rachelle Del Rosario Del Rosario
5459 Pinzanno Way
Antioch CA 94531


Rachelle Gauthier
2775 Gold Point Way
Sacramento CA 95827


Rafael Alvarez
2662 36Th St
Sacramento CA 95817


Raj Sahota
559 Vine Hill Way
Martinez CA 94553

Raj Sahota
4550 Margery Dr
Fremont CA 94538

Raj Singh
7911 Mcgann Ct
Sacramento CA 95829

Raj Singh
7168 Corvis Cir
Roseville CA 95747

Ralph Aguilar
406 Palin Ave
Galt CA 95632

Raman Gill
4710 South Brewer Rd
Pleasant Grove CA 95668

Ramona Johanneson
8735 Sleepy Hollow Ln
Elk Grove CA 95624

Ramzi Ibrahim
7248 Leonard Ave
Citrus Heights CA 95610

Rashmi Ramasubbaiah
4570 Top Hand Drive
Placerville CA 95667

Raud De Silva
142 N Park Victoria Drive
Milpitas CA 95035

Raul Garcia Jr
480 Olive St
Vacaville CA 95688

Reginald Lewis
4400 Allendale Ave
Oakland CA 94619


Renee Gise
152 La Questa Dr
Danville CA 94526


Renee Kumamoto
9237 Beach Haven Court
Elk Grove CA 95758


Rhonda Steward
425 E Fargo St
Stockton CA 95203


Ric Gonzales
2581 Ambrosia Way
Fairfield CA 94533


Richard Headley
3771 Baker St
San Diego CA 92117


Richard Ramos
238 Firestone Drive
Roseville CA 95678


Richard Stowers
10729 Beclan Dr
Rancho Cordova CA 95670


Rick Burtzlaff
3275 Almond Blossome Ln
Roseville CA 95747


Rick Peterson
1060 37Th St
Oakland CA 94608

Rita Barragan
10656 Troy Ct
Rancho Cordova CA 95670


Robert Asuncion
10150 Futuro Ct
Elk Grove CA 95757


Robert Farmer
917 Fallen Leaf
Sacramento CA 95864


Robert Haley


Robert Harrison and Karen Bottiani
4648 Deer Valley Rd
Rescue CA 95672


Robert Hopkins


Robert Pohlman
158 South Creek Circle
Folsom CA 95630


Robson Araujo
305 Chetwood Dr
Mountain View CA 94043


Rochelle Garcia
1804 Richmond St
Sacramento CA 95825


Rodrigo Torres
1648 Melrose Ave
Chula Vista CA 91911


Rolando Guevara
1301 Lerida Way

Pacifica CA 94044


Ron Franscella
20830 Victoria Lane
Colfax CA 95713


Ron Gershoni
40 Santa Rita Dr
Walnut Creek CA 94596


Ron Mestaz
3994 12Th Ave
Sacramento CA 95817


Ron Mittelstaedt
7280 Fairplay Rd
Somerset CA 95684


Rong Lee
1728 10Th St
Oakland CA 94607


Rose Arsenault
7 Bonnie Ct
Pleasant Hill CA 94523


Rose Disney
3925 36Th Street
Sacramento CA 95820


Rosemary Tetteh
60 Dunes Way
Antioch CA 94509


Roshell Kusler
13829 Church Street
Lockeford CA 95237


Rosie Laird
4402 Appliance Way

El Sabronte CA 94803


Ross Solis
1104 First Ave
Napa CA 94558


Rov Gassemi
4317 San Juan Ave
Fair Oaks CA 95628


Rowena Tengco
1378 Bush St
Martinez CA 94553


Roy Pedersen
2817 La Colina Way
Carmichael CA 95608


Rozena Harten
130 Florence Ct
Vallejo CA 94589


Ruben Regalado
2120 Kinsington St
West Sacramento CA 95691


Ruth Lafler
2317 Buena Vista Ave
Alameda CA 94501


Ryan Herzog
11 Westwood Ave
Napa CA 94558


Ryan Waite
1148 Horton Ln
Roseville CA 95747


Sabrina Neri
2010 Fernbank Ct

Fairfield CA 94534


Salvador Lopez
4149 Rialto Ct
Pittsburg CA 94565


Salvador Sanchez Teodoro
1881 16Th St
San Pablo CA 94806


Sam Shiu
112 Churchill Ave
Palo Alto CA 94301


Sam Suarez
1158 Tilson Dr
Concord CA 94520


Sam Suarez
3041 Montclair Ave
Napa CA 94558


Samuel Marshall
255 Orchard Ave
Hayward CA 94544


San Bao
8330 Brady Ln
Roseville CA 95747


Sandy Hopkins
807 Gibson Rd
Woodland CA 95695


Sandy Tam
9715 Otter Bay Ct
Elk Grove CA 95757


Sangeeta Parulekar
1328 48Th Street

Sacramento CA 95819

Santiago Navarro
8651 Windsor Point Way
Elk Grove CA 95624

Sara Bernal
5241 64Th St
Sacramento CA 95820

Sarah Shuman
8719 Bunting Ct
Orangevale CA 95662

Sarah Sutter
6817 Kilconnell Dr
Elk Grove CA 95758

Sarah Thompson
1333 Ryder St
Vallejo CA 94590

Scott Horrillo
7400 Carr Hall Lane
Loomis CA 95650

Sean Robinson
10057 Red Tail Hawk Way
Sacramento CA 95829

Selvaraj Mani
32161 Trefry Ct
Union City CA 94587

Seth Keowmee
6012 Belleau Wood Ln
Sacramento CA 95822

Sg Anand
2594 Windsor Court

Union City CA 94587

Shalend Ram

Shandrika Powell
580 Primrose Lane
Benicia CA 94510

Shannon Edelstone
183 Verde Mesa
Danville CA 94526

Shannon Norris
329 Saint Andrews Dr
Napa CA 94558

Shannon Schmidt
639 Crestview Dr
Diamond Springs CA 95619

Sharon Gomez
739 Quail Road
Fair Oaks CA 95628

Sharon Narain
2510 Meadow Wood Circle
Sacramento CA 95822

Shawna Hanson
8629 Brodie Ct
Elk Grove CA 95624

Shayna Tudor
6055 Church St
Foresthill CA 95631

Shayne Aloe
1520 Union St
Oakland CA 94607

Shelane Dormandy
101 Copper Lantern Ct
El Dorado Hills CA 95762


Sherilyn Walden
7473 Pocket Road
Sacramento CA 95831


Sherina Hardie
200 Dewitt Ct
Sacramento CA 95838


Sherri Walker
111 Pleasant St
Roseville CA 95678


Sherrill Childs
2641 Furmint Way
Rancho Cordova CA 95670


Shijin Thomas
1933 Manden Ct
Fremont CA 94539


Shikher Singla
117 Alamo Springs Dr
Alamo CA 94507


Shirley Cheung
36355 Pizarro Dr
Fremont CA 94536


Shirley Poy
6 Elliot Dr
Pleasant Hill CA 94523


Shrinivas Potnuru
5461 Santini Lane
Tracy CA 95377

Silvia C
7334 Tilden Way
Sacramento CA 95822

Siva Yerruboyina
5417 Ariel Lane
Tracy CA 95377

Skip/Robert Howie
177 Warren Road
San Mateo CA 94401

Sophia Morris
2742 Fairover Dr
Placerville CA 95667

Stacey Gillis
829 Elevations St
Rosevile CA 95678

Stacey Gillis
3261 Cherokee Trail
Loomis CA 95650

Stanley Davis
1133 Emerald Heights Rd
El Cajon CA 92020

Stanley Kung
1219 Park St
Alameda CA 94501

Stephanie Bose
11729 Langford Road
Galt CA 95632

Stephen Boldway
4159 Tokay Dr
Napa CA 94558

Steve Chalupka
3603 Amethyst Dr
Rocklin CA 95677


Steve Lane
8081 Pheasant Call Pl
Granite Bay CA 95746


Steve Sonza
7200 Roxanne Ln
Rohnert Park CA 94928


Steven Archibeque Sr
138 S Sunset Ave
San Jose CA 95116


Steven Knopp
575 Mitchell Ave
San Leandro CA 94577


Steven Pappas
948 Eden Ave
San Jose CA 95117


Steven Ulrich
6069 San Pablo Dam Road
El Sobrante CA 94803


Sue Deng
863 Cape York Pl
San Jose CA 95133


Sue Hunter
6557 Ashton Ct
Granite Bay CA 95746


Sukhdeep Gill
707 Autumn Dr
Walnut Creek CA 94598

Sunny Lombardi
3125 2Nd Ave
Sacramento CA 95817

Sura Hussain
1616 37Th St
Sacramento CA 95816

Suresh Daniel
5452 Gallier Loop
Antioch CA 94531

Susan Camel
1506 Beverly Place
Albany CA 94706

Susan Davies
2100 Granite Dr
Alamo CA 94507

Susan Deicke
1006 Charleson Way
Napa CA 94558

Susan Duce
3225 Mcnutt Ave
Walnut Creek CA 94597

Susan Peterson
5140 North Ave
Carmichael CA 95608

Susan Salazar
2930 Dahlia Ct
Brentwood CA 94513

Susan Swords
27215 Avenida Del Diablo
Temecula CA 92590-3331

Sushant Narwariya
3836 Suncrest Ave
San Jose CA 95132


Suzanne Blihovde
921 Roeder Way
Sacramento CA 95822


Suzanne Blihovde
479 Sunlight Dr
Diamond Springs CA 95619


Suzanne Phillips


Suzanne Warren
9193 Laguna Center Cir
Elk Grove CA 95758


Suzy Finn
4330 Slodusty Rd
Garden Valley CA 95633


Sydnee Smith
3887 Concord Blvd
Concord CA 94519


Sydney Brown
4419 4Th Ave
Sacramento CA 95817


Tama Burnett
1006 Persifer St
Folsom CA 95630


Tamila Copeland
4061 Golden Ave
Concord CA 94521


Tammy Hyatt

Tammy Leal
1750 Fairview Ave
Brentwood CA 94513


Tannya Derby
4020 Stope Dr
Placerville CA 95667


Tanya Uribes
1652 Penny Ln
Redlands CA 92374


Tassa Drake
10710 Blue Grass Trail
Auburn CA 95603


Teresa Ortiz
5064 7Th Ave
Sacramento CA 95820


Terry And Wendy Sherrill
1546 Misty Ln
Roseville CA 95747


Terry Macky
10720 Valle Vista Rd
Lakeside CA 92040


Tess Gonzales
1128 Kirkhill Dr
Roseville CA 95747


Theodore Scranton
2936 32Nd Streed
Sacramento CA 95817


Thi Dang
1174 Bubb Rd
Cupertino CA 95014

Thy Do
2764 Valley Heights Dr
San Jose CA 95133


Tiana Wong
521 Lamont Dr
Monterey Park CA 91755


Tiffany Ringgold
201 Pacini Ave
Pittsburg CA 94565


Tim Ramsay
8516 Lilliput Wy
Edh CA 95762


Tiruwork Tsige
1014 Castro St
Martinez CA 94553


Todd Allington
4850 Zinfest Ln
Roseville CA 95747


Tom Murphy
4380 Midas Ave
Rocklin CA 95677


Tom Posz
837 San Miguel Rd
Concord CA 94518


Tom Tucker
5133 Passalaqua St
Salida CA 95368


Tommy Wooten
2823 Glenside Dr
Concord CA 94520

Tony Aguirre
1940 Bristol Ave
Stockton CA 95204


Tony Murga
4192 Trice Ct
Roseville CA 95747


Tori Taylor
3318 Tranquill Creek Rd
Placerville CA 95667


Torry Cardon


Tracy Kennedy
844 Casanova Dr
San Leandro CA 94578


Trish Alejandre


Tyler Davis
201 Dogwood Ct
Vacaville CA 95687


Tyler Mensik
7348 Willow Lake Way
Sacramento CA 95831


Uriel Rosas
2510 Colony Dr
Tracy CA 95376


Usha Parasuraman
3631 Wodzienski Dr
San Jose CA 95148


Valerie Jaimes
117 Garydale Ct

Alamo CA 94507


Valiant Oca
133 San Juan Ave
San Bruno CA 94066


Van Dam
4101 Hollister Ave
Carmichael CA 95608


Van Duong
10204 Sorenstam Dr
Sacramento CA 95829


Vanessa Padilla
108 Birch Lane
San Jose CA 95127


Varun Aggarwal
1391 Sandia Ave
Sunnyvale CA 94089


Veenu Shekhar
4391 Davis Street
Santa Clara CA 95054


Verna Gollnick
560 East H St
Benicia CA 94510


Veronique And Christophe Tache
1415 40Th St
Sacramento CA 95819


Vibeka Falk
19739 County Rd 94A
Woodland CA 95695


Vicki Vicencio
593 Meek Avenue

Hayward CA 94541


Victor Garcia
4301 71St St
Sacramento CA 95820


Victoria
5208 Q Street
Sacramento CA 95819


Victoria Carballo-Rochester Family Trust
6446 Oak Cove Ct
Orangevale CA 95662


Victoria Orrick Morales
4025 Main St
Fair Oaks CA 95628


Victoria Torres
2307 50Th Ave
Sacramento CA 95822


Vijay Mishra
3548 Domich Way
Sacramento CA 95821


Vikram Malik
20123 Las Ondas Way
Cupertino CA 95014


Vinay Buddharaju
1771 Cottage Grove Avenue
San Mateo CA 94401


Vince Alvino
1607 Tanglewood Ct
Pleasanton CA 94566


Vince Tajima
731 Auburn Ct

Vallejo CA 94589


Vinod Rai
326 Park Street
Redwood City CA 94061


Violeta Meza
2415 W Bristol Ave
Stockton CA 95204


Virgil Johnson
2143 Whippoorwill Ln
Sacramento CA 95821


Vivek Kaushal
9917 Castelli Way
Elk Grove CA 95757


Vivian Viernes
7478 Permar Street
Sacramento CA 95822


Vladimir Boskovic
418 Rand Street
San Mateo CA 94401


Waifung Sit
192 Aviador Ave
Millbrae CA 94030


Walter Alvarenga
2213 Dover Ave
Fairfield CA 94533


Walter Cornethan
7017 Tiant Way
Elk Grove CA 95758


Wangari Kiambati
3001 Fairway Ct

Sacramento CA 95821

Waseem Daoud
1560 Orchard Lane
Walnut Creek CA 94595

Wei Fang
2608 52Nd St
Sacramento CA 95817

Wen-Ying Feng
851 Bayview Way
Redwood City CA 94062

Wendy Behling
6236 Green Top Way
Orangevale CA 95662

Wendy Jenkins
1003 Topaz Ct
Roseville CA 95661

Wes Wise
19721 Liberty Rd
Clements CA 95227

Wesley Holder
4709 Rose Way
Union City CA 94587

William Anthony Wright
6333 Templeton Dr
Carmichael CA 95608

William Pree Jr
107 Manor Dr
Bay Point CA 94565

William Waples
41 Kingswood Dr

Pittsburgh CA 94565


Willie and Monica Calhoun
105 White Chapel Dr
Benicia CA 94510


Wona Miniati
220 Nevada St
Roseville CA 95678


Yeji Fitzgerald
2808 Occidental Dr
Sacramento CA 95826


YM Bagley
1056 Eden Ave
San Jose CA 95117


Yoana Garcia
3208 San Diego Way
Sacramento CA 95820


Yvonne Figueroa
5767 Beadnell Way
Sacramento CA 95835


Zac Dillon
3318 Brookdale Blvd
Castro Valley CA 94546


Zach Mosle
7350 Quinn Pl
Loomis CA 95650


Zak Wiseman
166 Martens Ave
Mountain View CA 94040


Zina Ielinetskyi
7978 Dana Butte Way

Citrus Heights CA 95610

Zoe Smith
3808 Lisetta Ave
Sacramento CA 95820

Zoya Ferdowsian
1171 Carlton Ave
Menlo Park CA 94025

Zubi Duygu
51 Carnegie Drive
Milpitas CA 95035

**Fill in this information to identify your case:**

Debtor 1    Austin James Paulhus
            First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number
(if known)    _____

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |

2.1
Name _____

Number    Street

City              State        ZIP Code

2.2
Name _____

Number    Street

City              State        ZIP Code

2.3
Name _____

Number    Street

City              State        ZIP Code

2.4
Name _____

Number    Street

City              State        ZIP Code

2.5
Name _____

Number    Street

City              State        ZIP Code

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Austin James Paulhus** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                   12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?  <u>California</u> . Fill in the name and current address of that person.

    **Bobbie Paulhus**
    **6576 Crown Point Vista**
    **Granite Bay, CA 95746**
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1  **Anchored Tiny Homes** | ■ Schedule D, line <u>2.2</u> <br> ☐ Schedule E/F, line ____ <br> ☐ Schedule G _____ <br> **GM Financial** |
| 3.2  **Anchored Tiny Homes** | ☐ Schedule D, line ____ <br> ■ Schedule E/F, line <u>4.2</u> <br> ☐ Schedule G _____ <br> **Amerifi** |

Debtor 1   __Austin James Paulhus__

Case number *(if known)* _____

**Additional Page to List More Codebtors**

*Column 1:* Your codebtor

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

| | | |
|---|---|---|
| 3.3 | **Anchored Tiny Homes** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**Cambridge Advance** |
| 3.4 | **Anchored Tiny Homes** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**Credible Advance** |
| 3.5 | **Anchored Tiny Homes** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Family Funding Group LLC** |
| 3.6 | **Anchored Tiny Homes** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Mr. Advance** |
| 3.7 | **Anchored Tiny Homes** | ■ Schedule D, line __2.5__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**U.S. Small Business Administration** |
| 3.8 | **Anchored Tiny Homes** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**RBLX Funding** |
| 3.9 | **Anchored Tiny Homes** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Skyline Business Capital LLC** |
| 3.10 | **Anchored Tiny Homes** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.37__<br>☐ Schedule G _____<br>**TVT Direct Funding LLC** |

Debtor 1  **Austin James Paulhus**     Case number *(if known)* _____

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

---

3.11  **Anchored Tiny Homes**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.39**__
☐ Schedule G _____
**USA Funding LLC**

---

3.12  **Anchored Tiny Homes**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.40**__
☐ Schedule G _____
**Velocity Capital Group**

---

3.13  **Colton Paulhus**
**373 Illsley Way**
**Folsom, CA 95630**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.9**__
☐ Schedule G _____
**Credible Advance**

---

3.14  **Colton Paulhus**
**373 Illsley Way**
**Folsom, CA 95630**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.15**__
☐ Schedule G _____
**Family Funding Group LLC**

---

3.15  **Colton Paulhus**
**373 Illsley Way**
**Folsom, CA 95630**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.27**__
☐ Schedule G _____
**Mr. Advance**

---

3.16  **Colton Paulhus**
**373 Illsley Way**
**Folsom, CA 95630**

■ Schedule D, line __**2.5**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**U.S. Small Business Administration**

---

3.17  **Colton Paulhus**
**373 Illsley Way**
**Folsom, CA 95630**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.29**__
☐ Schedule G _____
**RBLX Funding**

---

3.18  **Colton Paulhus**
**373 Illsley Way**
**Folsom, CA 95630**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.34**__
☐ Schedule G _____
**Skyline Business Capital LLC**

---

Debtor 1   **Austin James Paulhus**                                    Case number *(if known)*  _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

*Column 1:* Your codebtor

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.19   **Colton Paulhus**
373 Illsley Way
Folsom, CA 95630

☐ Schedule D, line _____
■ Schedule E/F, line ___4.37___
☐ Schedule G _____
**TVT Direct Funding LLC**

3.20   **Colton Paulhus**
373 Illsley Way
Folsom, CA 95630

☐ Schedule D, line _____
■ Schedule E/F, line ___4.39___
☐ Schedule G _____
**USA Funding LLC**

3.21   **Colton Paulhus**
373 Illsley Way
Folsom, CA 95630

☐ Schedule D, line _____
■ Schedule E/F, line ___4.40___
☐ Schedule G _____
**Velocity Capital Group**

3.22   **Colton Paulhus**
117 Johnson Court
Folsom, CA 95630

■ Schedule D, line ___2.3___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Mr. Cooper**

3.23   **Colton Paulhus**
373 Illsley Way
Folsom, CA 95630

■ Schedule D, line ___2.4___
☐ Schedule E/F, line _____
☐ Schedule G _____
**The Girvin Revocable Trust**

3.24   **Colton Paulhus**
373 Illsley Way
Folsom, CA 95630

■ Schedule D, line ___2.1___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Freedom Mortgage**

3.25   **Scott Paulus**
5760 Cabitt Stallman
Granite Bay, CA 95746

■ Schedule D, line ___2.6___
☐ Schedule E/F, line _____
☐ Schedule G _____
**U.S. Small Business Administration**

**Fill in this information to identify your case:**

Debtor 1　　　Austin James Paulhus

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter
　13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:　Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | Fill in your employment information. | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

Employment status
　☐ Employed　　　　　☐ Employed
　■ Not employed　　　■ Not employed

Occupation

Employer's name

Employer's address

How long employed there?

### Part 2:　Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $　　0.00 | $　　0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$　　0.00 | +$　　0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $　　0.00 | $　　0.00 |

Debtor 1  **Austin James Paulhus**                          Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 0.00 |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + $ 0.00 = | $ 0.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                    12. $ 0.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1          **Austin James Paulhus**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Your Household**

1.   **Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**          ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

☑ Yes.   Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| daughter | 7 weeks | ☐ No  ☑ Yes |
| Wife | 28 | ☐ No  ☑ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**     ☑ No
☐ Yes

**Part 2:   Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.   **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.          4. $ _____ 6,364.59

If not included in line 4:

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 300.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1  **Austin James Paulhus** _____  Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 500.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 250.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 275.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 800.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 400.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 200.00 |
| 10. | **Personal care products and services** | | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 2,200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 185.00 |
| | 15b. | Health insurance | 15b. $ | 1,600.00 |
| | 15c. | Vehicle insurance | 15c. $ | 250.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 1,600.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

22. **Calculate your monthly expenses**

22a. Add lines 4 through 21.  $  15,324.59

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  $

22c. Add line 22a and 22b.  The result is your monthly expenses.  $  15,324.59

23. **Calculate your monthly net income.**

23a. Copy line 12 _(your combined monthly income)_ from Schedule I.  23a. $  0.00

23b. Copy your monthly expenses from line 22c above.  23b. -$  15,324.59

23c. Subtract your monthly expenses from your monthly income.
The result is your _monthly net income._  23c. $  -15,324.59

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.  Explain here: _____

**Fill in this information to identify your case:**

Debtor 1　　**Austin James Paulhus**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Debtor 2
(Spouse if, filing)　First Name　　　　Middle Name　　　　Last Name

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
　amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____　Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____　　　X _____
**Austin James Paulhus**　　　　　　Signature of Debtor 2
Signature of Debtor 1

Date　**September 26, 2024**　　　　Date _____

Official Form 106Dec　　　　　　**Declaration About an Individual Debtor's Schedules**